IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )     Case No. 1:25-cv-00278-TBM-RPM<br>) |
| SMOKE BBQ LLC D/B/A COSMOS AND THORNY OYSTER LLC, | )<br>)<br>) |
| Defendants. | ) |

_____

**NOTICE OF APPEARANCE OF COUNSEL**
_____

Plaintiff, the U.S. Equal Employment Opportunity Commission, hereby notifies the Court and all counsel that Trent Thompson is entering his appearance as counsel for Plaintiff.

Respectfully submitted, February 3, 2026,

                                                    <u>s/ Trent Thompson</u>
                                                    Wm. Trent Thompson
                                                    NY Bar No. 5232525
                                                    Attorney for Plaintiff
                                                    Equal Employment Opportunity Commission
                                                    Birmingham District Office
                                                    1130 22nd Street South, Suite 2000
                                                    Birmingham, Alabama 35205
                                                    Telephone: (205) 651-7065
                                                    Fax: (205) 212-2041
                                                    Email: william.thompson@eeoc.gov