**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION**

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION | ) ) ) | |
| **Plaintiff,** | ) ) | **CIVIL ACTION NUMBER:** **1:25-cv-00278-TBM-RPM** |
| **v.** | ) ) | |
| SMOKE BBQ LLC D/B/A COSMOS and THORNY OYSTER LLC | ) ) ) | |
| **Defendants.** | ) ) | |

---

**JOINT MOTION FOR ENTRY OF CONSENT DECREE**

---

Plaintiff United States Equal Employment Opportunity Commission ("EEOC" or "Commission") and Defendants Smoke BBQ LLC and Thorny Oyster LLC jointly move the Court to approve and enter the proposed Consent Decree attached hereto as Exhibit 1 as the final judgment resolving this action. In support of this Motion, the Parties state the following:

1. The Parties have negotiated, resolved, and settled all matters at issue in this litigation, as evidenced by their signatures on the proposed Consent Decree, which is attached as Exhibit 1.

2. The Parties believe that the terms of this proposed Consent Decree are adequate, fair, reasonable, equitable, and just.

3. The Consent Decree conforms with the Federal Rules of Civil Procedure and is not in derogation of the rights or privileges of any person.

4. The entry of this Consent Decree will be in the best interest of the Parties, the aggrieved individuals for whom the EEOC seeks relief, and the public.

WHEREFORE, the Parties respectfully request that this Court grant the joint motion, approve and enter the Consent Decree, administratively close this action, and retain jurisdiction during the term of the Consent Decree to enforce the terms and conditions set forth therein.

Respectfully Submitted,

*/s/Carl M. Chang*
**CARL M. CHANG**
Trial Attorney
AL Bar No. ASB-8768O14P
(205) 651-7056
carl.chang@eeoc.gov

**MARSHA L. RUCKER**
Regional Attorney
(PA Bar No.: 90041)
(205) 651-7045
marsha.rucker@eeoc.gov

**EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
Birmingham District Office
Ridge Park Place, Suite 2000
1130 22nd Street South
Birmingham, Alabama 35205
Telephone: (205) 651-7034
Facsimile: (205) 212-2041

ATTORNEYS FOR PLAINTIFF

*/s/Martin J. Regimbal*
**Martin J. Regimbal, Esq.**
THE KULLMAN FIRM
P.O. Box 827, Columbus, MS 39703
410 Main Street
Columbus, MS 39701
MJR@kullmanlaw.com

ATTORNEY FOR DEFENDANT

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on March 23, 2026, I filed the foregoing with the Clerk of Court using the CM/ECF system which will electronically send notification of the filing to all attorneys of record.


<u>/s/ *Carl M. Chang*</u>
Carl M. Chang