## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## SOUTHERN DIVISION

**EQUAL EMPLOYMENT**                                                                          **PLAINTIFF**
**OPPORTUNITY COMMISSION**

**v.**                                              **CIVIL ACTION NO. 1:25-cv-278-TBM-RPM**

**SMOKE BBQ LLC,** *doing*
*business as* **COSMOS;**
**THORNY OYSTER LLC**                                                        **DEFENDANT**

## JUDGMENT

This matter having come before the Court on the Equal Employment Opportunity Commission's Joint Motion to Approve Consent Judgment [20], the Court, after a full review and consideration of the Motion and the relevant legal authority, finds that in accordance with the Memorandum Opinion and Order entered this same day,

IT IS ORDERED AND ADJUDGED that the Equal Employment Opportunity Commission's Joint Motion to Approve Consent Judgment [20] is GRANTED.

IT IS FURTHER ORDERED AND ADJUDGED that this civil action is dismissed with prejudice.

This, the 31st day of March, 2026.

_____
**TAYLOR B. McNEEL**
**UNITED STATES DISTRICT JUDGE**